UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL MEAT CO., INC.<br><br>Defendant. | Civil Action No. 1:17-cv-07125<br>District Judge Manish S. Shah |

## JOINT MOTION TO ENTER CONSENT JUDGMENT AND ORDER

Plaintiffs United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees ("Plaintiffs") and Defendant International Meat Co., Inc. ("International Meat") respectfully request that this Court enter the proposed Consent Judgment and Order, attached hereto as **Exhibit 1**, and in support state as follows:

1. Plaintiffs filed their Complaint against Defendant on October 3, 2017.

2. The parties have reached an agreement whereby Defendant will consent to judgment in the form of the Consent Judgment and Order executed by Defendants. (*See* Ex. 1.)

3. Defendant consents to Plaintiffs moving this Court for entry of the Consent Judgment and Order.

WHEREFORE, the parties respectfully request that the Court enter the attached Consent Judgment and Order and order judgment against the Defendant.

1

| | |
|---|---|
| /s/ David Huffman-Gottschling<br>Sherrie E. Voyles, Esq.<br>David Huffman-Gottschling, Esq.<br>davidhg@jbosh.com<br>JACOBS, BURNS, ORLOVE & HERNANDEZ<br>150 North Michigan Avenue, Suite 1000<br>Chicago, IL 60601<br>Phone: (312) 327-3443<br>Fax: (312) 726-3887<br><br>Jeffrey S. Endick, Esq.<br>jendick@slevinhart.com<br>Christopher M. Leins, Esq.<br>cleins@slevinhart.com<br>SLEVIN & HART, P.C.<br>1625 Massachusetts Ave., N.W., Suite 450<br>Washington, DC  20036<br>Phone: (202) 797-8700<br>Fax: (202) 234-8231<br><br>*Counsel for Plaintiffs* | /s/ Anthony Pinelli, with consent<br>Anthony Pinelli, Esq.<br>apinelli@pinelli-law.com<br>Law Offices of Anthony Pinelli<br>53 West Jackson Boulevard, Suite 1215<br>Chicago, IL 60604<br>Phone: (312) 583-9270<br>Fax: (312) 362-9907<br><br>*Counsel for Defendant* |

20600704v1

Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>vi.<br><br>INTERNATIONAL MEAT CO., INC.<br><br>Defendant. | Civil Action No. 1:17-cv-07125<br>District Judge Manish S. Shah |

## CONSENT JUDGMENT AND ORDER

Upon agreement of the parties, Plaintiffs United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees ("Plaintiffs") and Defendant International Meat Co., Inc. ("International Meat") hereby stipulate to entry of judgment in favor of Plaintiffs and against Defendant as set forth herein:

WHEREFORE, judgment is hereby entered in favor of Plaintiffs and against Defendant; and it is

FURTHER ORDERED, that Plaintiffs are awarded and Defendant shall pay to Plaintiffs a judgment in the total amount of $122,932.06, which is comprised of $91,153.00 in withdrawal liability, $6,380.09 in interest accrued as of February 26, 2018, $18,230.60 in liquidated damages, and $7,168.37 in attorneys' fees and costs; and it is

FURTHER ORDERED, that this Consent Judgment and Order is subject to execution in any court of competent jurisdiction, and any and all terms of this Consent Judgment and Order may be enforced by Plaintiffs in any court of competent jurisdiction; and it is

1

FURTHER ORDERED, that should Defendant fail to comply with any terms of this Consent Judgment and Order, Plaintiffs may, in addition to pursuing remedies provided under Fed. R. Civ. P. 69, reopen this case upon motion to this Court and notice to the Defendant, and may at that time ask for further appropriate and/or injunctive relief.

Entered: _____    _____
                                            UNITED STATES DISTRICT JUDGE

AGREED:

/s/ David Huffman-Gottschling            /s/ Anthony Pinelli, with consent
Sherrie E. Voyles, Esq.                  Anthony Pinelli, Esq.
David Huffman-Gottschling, Esq.          apinelli@pinelli-law.com
davidhg@jbosh.com                        Law Offices of Anthony Pinelli
JACOBS, BURNS, ORLOVE &                  53 West Jackson Boulevard, Suite 1215
HERNANDEZ                                Chicago, IL 60604
150 North Michigan Avenue, Suite 1000    Phone: (312) 583-9270
Chicago, IL 60601                        Fax: (312) 362-9907
Phone: (312) 327-3443
Fax: (312) 726-3887                      *Counsel for Defendant*

Jeffrey S. Endick, Esq.
jendick@slevinhart.com
Christopher M. Leins, Esq.
cleins@slevinhart.com
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, DC 20036
Phone: (202) 797-8700
Fax: (202) 234-8231

*Counsel for Plaintiffs*

20600709v1